UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:11-HC-2032-FL-JG |
| | ) | |
| STEVEN G. MARSH, | ) | |
| | ) | |
| Respondent. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration after the court held a bench trial.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court finds by clear and convincing evidence that Respondent Marsh is a sexually dangerous person under the Adam Walsh Act and that he be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4248.

**This Judgment Filed and Entered on August 27, 2012, with service on:**

G. Norman Acker, III, W. Ellis Boyle, David T. Huband, R.A. Renfer, Jr., Edwin L. West, III
(via CM/ECF Notice of Electronic Filing)
Record Center, FCI Butner Medium, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)


August 27, 2012           JULIE A. RICHARDS, CLERK
                            /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk